1074

and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant certiorari and vacate the death sentences in these cases.

No. 83–5768.   DAVIS *v.* ILLINOIS.   App. Ct. Ill., 4th Dist. Certiorari denied.   JUSTICE BRENNAN and JUSTICE MARSHALL would grant certiorari.

No. 83–5891.   CLAXTON *v.* COPELAND, WARDEN.   Sup. Ct. Ariz.   Certiorari denied.   JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–3.   BAGINSKY *v.* UNITED STATES, *ante,* p. 981;
No. 83–635.   VEENKANT *v.* COOK ET AL., *ante,* p. 1009;
No. 83–5415.   THOMAS *v.* UNITED STATES, *ante,* p. 998;
No. 83–5542.   IN RE GILL, *ante,* p. 990; and
No. 83–5618.   FORSYTH *v.* UNITED STATES, *ante,* p. 1001.   Petitions for rehearing denied.